FILED: December 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4924

(1:11-cr-00302-WDQ-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DAREN KAREEM GADSDEN, a/k/a D

        Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:11-cr-00302-WDQ-3 |
| Date notice of appeal filed in originating court: | 12/05/2013 |
| Appellant (s) | Daren Kareem Gadsden |
| Appellate Case Number | 13-4924 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |